AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Middle    District of    Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    8:18-cr-416-MSS-AAS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Stevan Garcia | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Stevan Garcia

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 2/25/26

                                                Issuing officer's signature

City and state: Tampa, FL

                                    **EMMANUEL PHILANTROPE**
                                          Printed name and title

---

### Return

This warrant was received on (date) 25 FEB 26, and the person was arrested on (date) 25 FEB 26

at (city and state) Pine llrs County, FL.

Date: 25 FEB 26

                                          Arresting officer's signature

                          ORTIC, frank A- DUSM Tampa, FL
                                    Printed name and title