# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:18-cr-416-MSS-AAS | **DATE:** | February 26, 2026 |
| **HONORABLE JUDGE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVAN GARCIA | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Michael Sinacore | |
| | | **DEFENSE COUNSEL**<br>Stephen Consuegra | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 3:08 PM – 3:30 PM | **TOTAL:** 22 Minutes | **PROBATION:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS:** Initial Appearance on Violation of Supervised Release

Defendant was provided with a copy of the Petition for Violation of Conditions of Supervised Release.

The Court advises Defendant of their Rule 5 rights and charges.

Defendant filed a financial affidavit, and the court appointed the public defender's office.

Defense requested the court continue the detention hearing until Monday, March 2, 2026, at 2:00 pm before Judge Lindsay Griffin.

The defendant is temporarily detained pending the outcome of the hearing scheduled on Monday, March 2, 2026.

Defendant remanded to the custody of the United States Marshal