# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

Stevan Garcia
*Defendant*

)
)
)
)
)
)

Case No. 8:18-cr-416-MSS-AAS

RECEIVED U.S. MARSHALS
2026 FEB 25 AM 8:35

FEB 26 2026 AM 9:50
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Stevan Garcia                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 2/25/26

_____
*Issuing officer's signature*

City and state: Tampa, FL

**EMMANUEL PHILANTROPE**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 25 FEB 26, and the person was arrested on *(date)* 25 FEB 26 at *(city and state)* Pinellas County, FL . |

Date: 25 FEB 26

_____
*Arresting officer's signature*

ORTIZ, FRANK A  DUSM Tampa, FL
*Printed name and title*