UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:18-cr-416-MSS-AAS

STEVAN GARCIA

## **NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Gregory T. Nolan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Michael C. Sinacore*
       Michael C. Sinacore
       Assistant United States Attorney
       Florida Bar No. 868523
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Michael.Sinacore@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Counsel of Record

                                        */s/ Michael C. Sinacore*
                                        Michael C. Sinacore
                                        Assistant United States Attorney
                                        Florida Bar No. 868523
                                        400 N. Tampa St., Ste. 3200
                                        Tampa, FL 33602-4798
                                        Telephone: (813) 274-6000
                                        Facsimile: (813) 274-6358
                                        E-mail: Michael.Sinacore@usdoj.gov