# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:18-cr-416-MSS-AAS | | DATE: | March 2, 2026 |
|---|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVAN GARCIA | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Michael Sinacore AUSA | |
| | | | **DEFENSE COUNSEL**<br>Stephen Consuegra AFPD | |
| **COURT REPORTER:** DIGITAL | | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:** 2:07 – 2:25 | | **TOTAL:** 18 MIN | **PROBATION:** | Jayme Rosado |
| | | | **COURTROOM:** | 12A |

**PROCEEDINGS**: DETENTION HEARING

Defendant previously seen for an Initial Appearance on alleged violations of conditions of supervised release on February 26, 2026. At that time defense counsel requested a continuation of the detention hearing which was granted. Hearing continued to March 2, 2026.

Defendant argues for release from custody.
Government moves for detention.
Court inquires as to if Defense counsel believes there are any competency issues as to Mr. Garcia. Defense counsel states that he does not believe there is a competency issue- rather a comprehension issue due to the defendant's learning disability.
Court orders Defendant detained pending final revocation hearing.
Report and Recommendation to be entered.
Preliminary hearing WAIVED.
Defendant remanded to custody of USMS.
Court adjourned.