UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                      Case No. 8:18-cr-416-MSS-AAS

STEVAN GARCIA,

    Defendant.

_____/

## DETENTION ORDER

The defendant's initial appearance occurred today on a petition alleging that the defendant violated conditions of his supervised release. Under Rule 32.1(a)(6), Federal Rules of Criminal Procedure, the defendant must establish "by clear and convincing evidence that [the defendant] will not flee or pose a danger to any other person or to the community[.]" 18 U.S.C. § 3143(a)(1). Clear and convincing evidence is "proof that a claim is highly probable." *Nejad v. Attorney General*, 830 F.3d 1280, 1289 (11th Cir. 2016); *United States v. Smith*, 337 F.R.D. 366, 370 (N.D. Fla. 2020). The standard means proof greater than a preponderance of the evidence but less than beyond a reasonable doubt. *Smith*, 337 F.R.D. at 370.

The defendant sought his conditional release pending a final hearing. However, for the reasons stated at the hearing, the defendant failed to establish by clear and convincing evidence that he is neither a flight risk nor a danger to any other person or to the community. Accordingly, I cannot release the defendant under Section 3143(a)(1), and I order the defendant **DETAINED** pending a final hearing.

**ORDERED** in Tampa, Florida on this 2nd day of March, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge