# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 8:18-cr-416-MSS-AAS

STEVAN GARCIA,

    Defendant.

_____/

## REPORT OF PRELIMINARY
## SUPERVISED RELEASE REVOCATION HEARING

The defendant's initial appearance occurred today on a petition alleging that the defendant violated conditions of his supervised release. For the reasons stated at the hearing, the defendant fails to establish by clear and convincing evidence that he is neither a flight risk nor a danger to any other person or to the community. FED. R. CRIM. P. 32.1(a)(6). Accordingly, by separate order, I am detaining the defendant pending a final revocation hearing before the district judge.

Based on my finding that the defendant should be detained, the defendant was entitled to a preliminary hearing on the alleged violations. FED. R. CRIM. P. 32.1(b)(1). He waived that right. Accordingly, I order (1) that the clerk schedule a final revocation hearing at the earliest time available on the district judge's calendar and (2) that both the United States and defendant exchange all tangible evidence which either side intends to introduce at the hearing and exchange a list of witnesses no later than two days before the final supervised release revocation hearing.

**ORDERED** in Tampa, Florida, on this 2nd day of March, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge