UNITED STATES OF AMERICA

v.                                          CASE NO. 8:18-cr-416-MSS-AAS

STEVAN GARCIA

## UNOPPOSED MOTION TO CONTINUE FINAL HEARING FOR VIOLATIONS OF SUPERVISED RELEASE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, requests that the Court continue the final hearing regarding the defendant's alleged violations of supervised release, currently scheduled for March 24, 2026, for the following reasons:

1.      Stevan Garcia was convicted of possession with intent to distribute heroin and methamphetamine, and the Court sentenced Garcia to a term of imprisonment for 84 months followed by five years of supervised release. The defendant completed his term of imprisonment and began his term of supervised release on June 17, 2025.

2.      The Petition charging Garcia with violations of supervised release, submitted on February 24, 2026, alleges Garcia violated his supervised release by a positive urinalysis indicating the presence of cocaine, failing to work regularly at a lawful occupation, failing to participate in mental health treatment, and failing to notify probation of a change of address. These alleged violations are grade "C" violations under USSG § 7C1.1(a)(3).

3. The Hillsborough County Sheriff's Office (HCSO) is actively investigating matters involving the defendant and others as part of an ongoing death investigation.[1] The HCSO investigation also involves the possible possession of firearms and ammunition by the defendant, who is prohibited from possessing firearms or ammunition.

4. The undersigned, after conferring with the probation officer and investigators, anticipates an Amended Petition will be filed in this case alleging new criminal conduct committed by the defendant while on supervised release. The new criminal conduct would qualify as a grade "A" violation under USSG § 7C1.1(a)(1).

5. The United States requests a continuance of the final hearing for a reasonable period of time for investigators to conclude the death investigation and for state and federal prosecutors to determine whether the defendant will be charged with any new criminal offense. The undersigned has conferred with Jayme Rosado, the defendant's probation officer, and anticipates that an Amended Petition will be filed alleging one or more additional violations alleging criminal conduct by the defendant while on supervised release.

6. The determination whether the defendant committed new criminal offenses while on supervised release significantly impacts the nature of the violation of supervised release and the application of pertinent sentencing factors under 18

---

[1] HCSO is investigating the death of a four-year-old child on February 20, 2026. The death occurred at the defendant's residence when a seven-year-old child accidentally shot and killed the four-year-old.

U.S.C. § 3553. Furthermore, the final hearing will likely require more than the amount of time the Court currently has allotted if new criminal conduct is alleged, and the defendant should be given sufficient time to prepare to defend against any new allegations. Therefore, a continuance of the final hearing is in the interests of justice.

7. The undersigned will be out of the district the week of April 20, 2026. Therefore, the undersigned requests that the final hearing be rescheduled no earlier than the week of April 27, 2026.

8. The undersigned has conferred with Ryan Maguire, counsel for the defendant, who does not oppose this motion.

For the foregoing reasons, the United States requests a continuance of the final hearing to a date during or after the week of April 27, 2026. The government anticipates approximately two hours will be needed for the final hearing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: michael.sinacore@usdoj.gov