**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **v.**                         **Case No.:  8:18-cr-00416-MSS-AAS**

**STEVAN GARCIA,**

      **Defendant,**

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on the Defendant's  Unopposed Motion to Continue Final Hearing for Violation of Supervised Release. (Dkt. 84) The Defendant is requesting that the Final Revocation Hearing, which is presently scheduled for March 24, 2026, be continued until on or after April 27, 2026.

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Unopposed Motion to Continue Final Hearing for Violation of Supervised Release  is hereby **GRANTED**.

2. The Final Revocation in this case is rescheduled to **May 27, 2026 at 2:00 PM.** The Court has allotted one (1) hour for the hearing. Should the parties determine additional time is needed beyond one hour, they

should contact the Courtroom Deputy.

**DONE and ORDERED** in Tampa, Florida, on March 20, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             U.S. Marshal Service
             U.S. Probation Office
             U.S. Pretrial